FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| CITIC Dicastal Wheel Manufacturing Co. Ltd. | | |
| | Plaintiff, | 21-00159 |
| v. | | |
| UNITED STATES OF AMERICA, | | |
| | Defendant. | **SUMMONS** |

**TO:**  The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____                                             _____

                                                               **MARIO TOSCANO, CLERK OF THE COURT**

| PROTEST | |
|---|---|
| Port of Entry: Detroit Metropolitan Airport | Date Protest Filed:  June 30, 2020 |
| Protest Number:  3807-20-100338 | Date Protest Denied:  October 14, 2020 |
| Importer: CITIC Dicastal Wheel Manufacturing Co. Ltd | |
| Category of Merchandise: Various carts | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 037-0323153-4 | May 2, 2019 | April 24, 2020 | 037-0322719-3 | April 15, 2019 | March 3, 2020 |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director, | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP |

Port of San Francisco
301 E. Ocean Blvd. Suite 1400
Long Beach, CA 90802

562/366-5425

*Address of Customs District in Which Protest Was Denied*

599 Lexington Avenue, 36th Floor
New York, New York 10022

212/557-4000

*Name, Address and Telephone Number of Plaintiff's Attorney*

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Aluminum road wheels | 8708.70.4545<br>9903.88.03 | 2.5% ad val.<br>10% ad val. | 8708.70.4545<br>9903.88.33 | 2.5% ad val.<br>0% ad val. |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim:<br><br>Customs' decision to deny the protests was incorrect as the goods qualify for the exclusion for aluminum road wheels classified under 8708.70.4545, specifically 9903.88.33. |

| |
|---|
| The issue which was common to all such denied protests:<br><br>Whether Customs' decision to deny the protests was improper. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

| | |
|---|---|
|  April 9, 2021 | /s/ Robert F. Seely |
| *Date* | *Signature of Plaintiff's Attorney* |

Page 2

11065004_1