CITIC Dicastal Wheel Manufacturing Co. Ltd. v. United States, Court No. 21-00159

## UNITED STATES COURT OF INTERNATIONAL TRADE

---------------------------------------------------------------x
CITIC Dicastal Wheel Manufacturing Co. Ltd. :
                *Plaintiff*, :
                    v. :
United States, :
                *Defendant*. :
---------------------------------------------------------------x

Court No. 21-00159

### **STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of aluminum wheels for motor vehicles (imported merchandise).

3. The imported merchandise was classified at entry as "parts and accessories of the motor vehicles of headings 8701 to 8705: road wheels and parts and accessories thereof: for other vehicles: road wheels: other: of aluminum," under Harmonized Tariff Schedule of the United States (HTSUS) subheading 8708.70.4545, at the rate of 2.5% *ad valorem*.

4. HTSUS subheading 8708.70.4545 is subject to Section 301 List 3 for goods of Chinese origin, which carried at that time an additional rate of duty of 10% *ad valorem*.

1

CITIC Dicastal Wheel Manufacturing Co. Ltd. v. United States, Court No. 21-00159

5. The United States Trade Representative in 85 Fed. Reg. 23124 on April 24, 2020, issued an exclusion from Section 301 tariffs for HTS subheading 8708.70.4545 for "[r]oad wheels of cast aluminum for vehicles of heading 8703, each measuring 30 cm or more but not exceeding 56 cm in diameter and 15 cm or more but not over 31 cm in width (whether described in statistical reporting number 8708.70.4545 prior to January 1, 2020 or described in statistical reporting number 8708.70.4548 post January 1, 2020)." The exclusion was codified under subheading 9903.88.45, HTSUS.

6. The imported merchandise identified in Schedule A is subject to the exclusion provided for in subheading 9903.88.45, HTSUS.

7. The entries of the subject merchandise should be reliquidated with a refund of Section 301 duties.

8. Any refunds payable by reason of this judgment are to be paid with interest provided by law.

9. All other claims and non-stipulable entries are abandoned.

10. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

By: /s/ Joseph M. Spraragen
Joseph M. Spraragen
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000
Attorneys for Plaintiff

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller      4/29/2025
JUSTIN R. MILLER
International Trade Field Office
Attorney-In-Charge

2

<u>CITIC Dicastal Wheel Manufacturing Co. Ltd. v. United States,</u> Court No. 21-00159

                                             _____  
                                             MARCELLA POWELL  
                                             Senior Trial Counsel  
                                             International Trade Field Office  
                                             Civil Division Dept. of Justice  
                                             Commercial Litigation Branch  
                                             Civil Division  
                                             Department of Justice  
                                             26 Federal Plaza, Room 346  
                                             New York, New York 10278  
                                             Tel.: (212) 264-9230 or 1873  
                                             Attorneys for Defendant

## SCHEDULE A TO STIPULATED JUDGMENT CIT No. 21-00159

**Port:** Detroit Metropolitan Airport, Michigan (3807)

**Summons Filed:** April 9, 2021

| PROTEST NUMBER | ENTRY NUMBER | ENTRY LINE | HTSUS NUMBER | PART NO | SECTION 301 DUTY RATE |
|---|---|---|---|---|---|
| 3807-20-100338 | 037-0323153-4 | 1 | 8708.70.4545 | 42700-TLA-A770 | 10.00% |
| | | | | 42700-TLA-L870-M1 | |
| | | | | 42700TVA A730M1 | |
| | | | | 42700-T3R-A910-M1 | |
| | | | | 42700TVA P820M1 | |
| | | | | 4200TVA A430M1 | |
| | | | | 4200TVA A930M1 | |
| | | | | 42700-TLAA-A810-MI | |
| | | | | 42700TVC A930M1 | |
| 3807-20-100338 | 037-0322719-3 | 1 | 8708.70.4545 | 42700-TLA-A770 | 10.00% |
| | | | | 42700-TLA-L870-M1 | |
| | | | | 42700TVA A730M1 | |
| | | | | 42700-T3R-A910-M1 | |
| | | | | 42700TVA P820M1 | |
| | | | | 4200TVA A430M1 | |
| | | | | 4200TVA A930M1 | |
| | | | | 42700-TLAA-A810-M1 | |
| | | | | 42700TVC A930M1 | |

1

2

**IT IS HEREBY ORDERED** that this Action is decided and the final judgment is to be entered by the Clerk of this Court, and that the appropriate Customs officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____                                                  _____

13276327_1